No. 237. ILLINOIS *v.* COMMONWEALTH EDISON CO. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William G. Clark,* Attorney General of Illinois, *Lee A. Freeman,* Special Assistant Attorney General, and *Philip B. Kurland* for petitioner. *Charles A. Bane* and *Sharon L. King* for Commonwealth Edison Co. et al., and *Earl E. Pollock, W. Donald McSweeney, Edward R. Adams, Harold T. Halfpenny, Lloyd M. McBride, Hammond E. Chaffetz, John Paul Stevens, Edward R. Johnston, Holmes Baldridge, Sydney G. Craig, Charles M. Price, Robert C. Keck, Owen Rall, John T. Chadwell, Richard M. Keck* and *Jean Engstrom* for Allis-Chalmers Manufacturing Co. et al., respondents.

No. 136. DANIELS & KENNEDY, INC., *v.* A/S INGER. Motion of the National Association of Stevedores for leave to file a brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Joseph M. Soviero* and *Harold Klein* for petitioner. *Warner Pyne* and *William A. Wilson* for respondent. *Martin J. McHugh* and *James M. Leonard* for the National Association of Stevedores, as *amicus curiae,* in support of the petition.

No. 140. FITZGERALD MILLS CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Theodore R. Iserman, Frank A. Constangy* and *Frederick T. Shea* for petitioner. *Solicitor General Cox, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, respondent.